## DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF KANSAS

| | |
|---|---|
| SAKET KAPOR, et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>IVY INVESTMENT MANAGEMENT COMPANY, et al.,<br><br>       Defendants,<br><br>IVY FUNDS and WADDELL & REED ADVISORS FUNDS, Delaware Business Trusts,<br><br>       Nominal Defendants. | Case No. 16-cv-2106 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs dismiss this action without prejudice, at Plaintiffs' cost.

 

**SWANSON MIDGLEY, LLC**

By: /s/ John J. Miller
John J. Miller, #15377
4600 Madison Avenue, Suite 1100
Kansas City, MO 64112
Telephone: (816) 842-6100
Facsimile: (816) 842-0013
*jmiller@swansonmidgley.com*

1

**ZAMANSKY LLC**
Jacob H. Zamansky
Samuel E. Bonderoff
Edward H. Glenn Jr.
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177
*jake@zamansky.com*

Attorneys for Plaintiffs